Ryan Costello
Assistant Federal Public Defender
Email: ryan_costello@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>PEDRO ALDO RAMOS, JR.,<br><br>        Defendant. | Case No.  3:20-cr-00463-HZ<br><br>DECLARATION OF<br>RYAN COSTELLO IN SUPPORT OF<br>UNOPPOSED MOTION TO CONTINUE<br>TRIAL DATE |

I, Ryan Costello, declare:

1. I am the attorney appointed to represent Pedro Aldo Ramos, Jr. in the above-entitled case.

2. A jury trial in this case is currently scheduled for April 6, 2021. Mr. Ramos was arraigned on the indictment on October 8, 2020.  This is the second continuance sought by the defense.

3. Mr. Ramos is currently on release and in compliance with the conditions thereof.

4.	Mr. Ramos and the government reached a written deferred prosecution agreement. Per the agreement, Mr. Ramos respectfully requests that this Court continue the trial until April 18, 2022, or a date thereafter convenient to the Court to allow Mr. Ramos sufficient time to complete the written deferred prosecution agreement's requirements.

5.	I have discussed Mr. Ramos's right to a speedy trial with him. Mr. Ramos agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(2) of the Speedy Trial Act. Assistant United States Attorney Thomas Ratcliffe has no objection to this motion.

6.	I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on March 10, 2021, in Portland, Oregon.

/s/ *Ryan Costello*
Ryan Costello
Assistant Federal Public Defender