**Ryan Costello**
**Office of the Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**ryan_costello@fd.org**

**Attorney for Defendant**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:20-cr-00463-HZ** |
| **Plaintiff,** | **MOTION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |
| **v.** | |
| **PEDRO ALDO RAMOS, JR.,** | |
| **Defendant.** | |

The defendant, Pedro Aldo Ramos, Jr., through his attorney, Ryan Costello, respectfully moves this Court for an order modifying the conditions of his pretrial release to reset the curfew from 11:30 p.m. to 5:30 a.m. to 12:00 a.m. to 5:30 a.m. Mr. Ramos has been charged with Civil Disorder and has been in compliance with the terms of his pretrial release.

The government, through Assistant United States Attorney Thomas Ratcliffe, does not oppose this motion. The United States Pretrial Services Office does not object.

Respectfully submitted on March 10, 2021.

*/s/ Ryan Costello*
Ryan Costello
Attorney for Defendant

**Page 1    MOTION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE**